# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| BRUCE R. RAZILLARD, | : | No. 354 WAL 2015 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| NORFOLK SOUTHERN, NORFOLK SOUTHERN CORPORATION, NORFOLK SOUTHERN RAILWAY COMPANY, | : | |
| Respondents | : | |
| BRUCE R. RAZILLARD, | : | No. 370 WAL 2015 |
| Respondent | : | |
| | : | Cross Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| NORFOLK SOUTHERN, NORFOLK SOUTHERN CORPORATION, NORFOLK SOUTHERN RAILWAY COMPANY, | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 1st day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.

Justice Eakin did not participate in the decision of this matter.